Paul Azzara
#83640-054
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

3/11/05

The Hon. Nathaniel Gorton
U.S. District Judge.
One Courthouse Way
Boston, MA

05-10553NMG

Bowler
MAGISTRATE JUDGE

RE: Title 28 § 2241 request - Emergency relief requested

Dear Clerk for the Hon. Nathaniel Gorton,

Enclosed, please find a rejection notice from the NE regional office and a 2241 action written in lay writing, not legalease or something that would resemble a formal pleading drafted by an attorney.

Judge Gorton is already familiar with my situation raised in case # 4:04cv-40220 which is why I am sending this instant motion to him.

DOCKETED

Thank you very much
Paul Azzara

(1)

1 of 1

United States District Court
District of Massachusetts

Paul Gordon Azzara
　　　Petitioner

v.

Davin L. Winn
United States department of justice
　　　Defendants

Emergency Relief Requested

title 28 § 2241

Case # _____ — NMG

　Your Honor, I am not drafting this as a formal pleadings as I

① have no access to a Law library &,

② Do not have much paper and only a stub for a pencil.

1) I have been in the ____ Housing Unit since October 12, 2004. I will assume that you are familiar with ___ Jealian Finn case

1 of 5

number 4:04-cv-40220.

2) I have contacted the warden about my continued housing in SMU and have been told that "this is the forth time we are trying to transfer you" but regional will not cooperate.

3) I have contacted the NE regional office, but they passed the buck back to this institution. (please see enclosed rejection letter Dated 3/7/05 telling me to deal with this institution when the purpose of my multiple complaints to regional were that I could not get any relief from this institution in the first place).

4) I have contacted the central office, thus exhausting my administrative remedies but have not heard from them.

2 of 5

5) The purpose of this instant motion is for two reasons:

1. I obviously want out of SHU (special housing unit). I am not under investigation, nor am I here for Disciplinary action so I believe the B.O.P must have some set time limit that they can actually hold someone in special housing before they <u>must</u> transfer them. At some point this must be actionable and I want a transfer to another facility being that I allegedly pose a "threat" to another inmate on this compound.

2. I also request an <u>order</u> or exparte restraining order enjoining this prison from force feeding me. That is, I plan on

3 of 5

commencing a Hunger strike on April 12, 2005 which will be the 6 month anniversary of my housing in the special housing unit. I am of sound mind & do not want to hurt myself, but this has gone on too long. I was told that after 72 hours on a hunger strike, the institution applies for an order from the court allowing them to force feed an inmate. I wish to have a restraining order in hand before the B.O.P. attempts this so I can non violently protest these conditions.

<u>Conclusion</u>

6) I respectfully request that this court intervene and help this inmate back to general population, and respectfully request an order of ex parte

4 of 5

lestraining order preventing the B.o.p. from force feeding this petitioner begining April 12, 2005.

Certified under penalty of perjury title 28 §1746.

Paul Azzara

*[signature]*

#83640-054

F.M.C. Devens

P.O. Box 879

Ayer, MA 01432

Service

No service has been filed.

5 of 5

*[signature]*