UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL GORDON AZZARA,            )
    Petitioner,            )
                                 )
    v.                     )   C.A. No. 05-10553-NMG
                                 )
DAVID WINN,                    )
    Respondent.            )

**<u>ORDER OF DISMISSAL</u>**

GORTON, D.J.

    In accordance with this Court's Memorandum and Order dated March 22, 2005 (#2) directing dismissal of the Petition for Habeas Corpus relief under 28 U.S.C. §2241 for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                         BY THE COURT,

                                         <u>/s/Craig Nicewicz</u>
                                         Deputy Clerk
DATED: March 23, 2005