Paul Azzara
83646-054
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

The Hon. Nathaniel Gorton
U.S. District Judge
One Courthouse Way
Boston, MA 02210

FILED 3/27/05
FILED CLERKS OFFICE
CLERKS OFFICE
2005 MAR 30 P 1:15
2005 MAR 31 A 11:59
U.S. DISTRICT COURT
U.S. DISTRICT COURT
DISTRICT OF MASS
DISTRICT OF MASS

05-10553
NMG

Dear Clerk for Judge Gorton,

  I forgot to mention in my two recently filed 2241 actions that I will be sending payment for both shortly.

  Things are more difficult to accomplish here in the special housing unit than they would normally be.

  My apologies and thank you. Payment will be sent.

                                Paul Azzara

                                [signature]